UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEFFREY TOPOL,

    Plaintiff,

v.        Case No: 6:17-cv-91-Orl-40KRS

HCL AMERICA, INC., WALT DISNEY PARKS AND RESORTS U.S., INC., DONALD J. ROSS, ARTECH INFORMATION SYSTEMS, LLC and IT STAFFING, INC.,

    Defendants/Third Party Plaintiff,

ARTECH INFORMATION SYSTEMS, LLC and IT STAFFING, INC.,

    Third Party Defendants.
_____/

## **ORDER**

This cause is before the Court on the parties' Renewed Joint Motion by Plaintiff and Defendants for Approval of Settlement Agreement and Dismissal of Plaintiff's Action (Doc. 68) filed on August 22, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 29, 2017 (Doc. 69), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Renewed Joint Motion by Plaintiff and Defendants for Approval of Settlement Agreement and Dismissal of Plaintiff's Action (Doc. 68) is **GRANTED IN PART**.

3. The Court **FINDS** that the parties' Settlement Agreement (Doc. 68-1) is a fair and reasonable resolution of a bona fide dispute under the FLSA.

4. The Court **DECLINES** to reserve jurisdiction to enforce the settlement agreement.

5. The Complaint is **DISMISSED with prejudice**.

6. The Court **DECLINES** to exercise supplemental jurisdiction over the Third-Party Complaint and **DISMISSES** that pleading.

7. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on September 14, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties